```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

ANTONIO SERVIDIO,                         )   3:09-CV-00133-ECR-VPC
                                          )
    Plaintiff,                            )   MINUTES OF THE COURT
                                          )
vs.                                       )   DATE: May 1, 2009
                                          )
GMAC MORTGAGE LLC AND/OR                  )
EXECUTIVE TRUSTEE SERVICES, LLC,          )
A GMAC COMPANY AND/OR EXECUTIVE           )
TRUSTEE SERVICES, LLC AS TRUSTEE          )
FOR UNNAMED OR UNKNOWN                    )
BENEFICIARIES,                            )
                                          )
    Defendants.                           )
                                          )
_____ )

PRESENT: _____EDWARD C. REED, JR._____                    U. S. DISTRICT JUDGE

Deputy Clerk: ____COLLEEN LARSEN____    Reporter: ____NONE APPEARING____

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS
---

    On March 9, 2009, Defendants filed a Motion to Dismiss (#2) this action.  Plaintiff failed to respond to the Motion (#2) within the time required by the Rules.  Plaintiff appears herein pro se.

    Thereafter, on April 2, 2009, the Court entered its Order (#6) allowing Plaintiff an additional period of fifteen (15) days within which to file a response to the Motion to Dismiss (#2).  Plaintiff still has failed to respond to the Motion (#2).

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion to Dismiss (#2) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                                LANCE S. WILSON, CLERK

                                                                 By _____/s/_____
                                                                        Deputy Clerk