AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ANTONIO SERVIDIO,

     Plaintiff,            JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:09-cv-00133-ECR-VPC**

GMAC MORTGAGE, LLC, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' #2 Motion to Dismiss is GRANTED.

   May 4, 2009                                      **LANCE S. WILSON**
                                                                     Clerk

                                                                  /s/ Kalani Lizares
                                                                  Deputy Clerk